**Thomas HARLEY, Plaintiff–Appellant,**

v.

**GARDNER, Nurse at Kershaw Correctional Institution; Lieutenant Robinson, at Kershaw Correctional Institution; Michael J. Beinor, MD, Defendants–Appellees.**

No. 02–6662.

United States Court of Appeals, Fourth Circuit.

Submitted June 20, 2002.

Decided June 27, 2002.

Thomas Harley, Appellant Pro Se. John Eric Fulda, James E. Parham, Jr., Irmo, South Carolina, for Appellees.

Before MICHAEL and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Thomas Harley appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2001) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Harley v. Gardner,* No. CA–01–2207–3–25BC (D.S.C. Apr. 1, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*